# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00287-CV

### In re Troy Nguyen

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Troy Nguyen has filed a petition for writ of mandamus complaining of the trial court's failure to rule on a Consolidated Rule 306a(4) and 306a(5) Motion filed January 20, 2026. To establish an abuse of discretion for failure to rule, a relator must show that: (1) the trial court had a legal duty to rule on the motion, (2) relator made a demand for the trial court to rule, and (3) the trial court failed or refused to rule within a reasonable time. *See In re Chavez*, 62 S.W.3d 225, 228 (Tex. App.—Amarillo 2001, orig. proceeding) (citing *O'Connor v. First Court of Appeals*, 837 S.W.2d 94, 97 (Tex. 1992)). Here, the record does not reflect that Nguyen's motions have been pending for an unreasonable length of time. *See, e.g., In re Halley*, No. 03-15-00310-CV, 2015 WL 4448831, at *2 (Tex. App.—Austin July 14, 2015) (orig. proceeding) (mem. op.) (concluding that delay of less than six months did not constitute unreasonable length of time under "failure to rule" analysis); In re *Blakeney*, 254 S.W.3d 659, 661 (Tex. App.—Texarkana 2008, orig. proceeding) (determining that six-month delay in ruling would not be unreasonable).

Having reviewed the petition and the record provided, we cannot conclude that Relator is entitled to the extraordinary relief requested and therefore deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

_____

Maggie Ellis Justice

Before Justices Triana, Kelly, Ellis

Filed: April 7, 2026